UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PATRICIA NORENBERG,<br><br>                          Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security<br><br>                         Defendant. | Case No. 3:09-cv-05583-KLS<br><br>ORDER AMENDING ORDER REVERSING DEFENDANT'S DECISION TO DENY BENEFITS AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

This matter comes before the Court on the Court's further review of its Order Reversing Defendant's Decision to Deny Benefits and Remanding for Further Administrative Proceedings issued on December 10, 2010. (ECF #22). In that Order, the last sentence of the CONCLUSION section reads: "Accordingly, the ALJ's decision hereby is REVERSED and REMANDED for further administrative proceedings for payment of benefits." The last four words "for payment of benefits," however, should not have been included. Therefore, the Court's Order Reversing Defendant's Decision to Deny Benefits and Remanding for Further Administrative Proceedings hereby is AMENDED solely to the extent that the last sentence of the CONCLUSION section shall now read: "Accordingly, the ALJ's decision hereby is REVERSED and REMANDED for further administrative proceedings."

ORDER - 1

1  The Clerk is directed to send a copy of this order to counsel for plaintiff and counsel for
2  defendants.

3  DATED this 6th day of January, 2011.

*[signature]*

Karen L. Strombom
United States Magistrate Judge

ORDER - 2