# United States District Court
### WESTERN DISTRICT OF WASHINGTON

PATRICIA NORENBERG,

       Plaintiff,                       ***AMENDED***
                                              JUDGMENT IN A CIVIL CASE

       v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

                                              CASE NUMBER: C09-5583KLS

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

√   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the ALJ 's decision is REVERSED and REMANDED for further administrative proceedings.

   January 6, 2011                                        BRUCE RIFKIN
                                                               Clerk

                                                      By Traci Whiteley, Deputy Clerk